No. 78–5737. McDANIEL v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 78–5748. McDONALD v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 78–5749. CRAWLEY v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 78–5751. GIBSON v. JACKSON, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–5770. WILKINS v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–5780. COLEMAN ET UX. v. WALLACE, GOVERNOR OF ALABAMA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–5786. COBB v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 78–5788. PORTER v. CONTINENTAL BANK ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–5790. SAYERS v. BRIERTON, PRISON SUPERINTEND-ENT, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–5797. FODERARO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–5800. MARTELL v. CBS, INC., WCBS AM RADIO STATION, NEW YORK, NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 78–5802. McGHEE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–5816. SULLIVAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.